IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>KOVACEVICH "5" FARMS, a partnership,<br><br>　　　　　　Defendant. | Case No. 1:06-cv-00165 OWW TAG<br><br>**ORDER VACATING HEARING ON MOTION FOR LEAVE TO INTERVENE**<br><br>(Doc. 14) |

　　　No opposition having been filed to the Motion for Leave to Intervene filed in this case (Doc. 14), it is hereby ORDERED that the hearing on said motion previously set for 10:00 a.m. on August 7, 2006 is VACATED. The motion will be decided on the pleadings filed with the Court.

IT IS SO ORDERED.

Dated:　**August 3, 2006**　　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
**j6eb3d**　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1