IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>           Plaintiff,<br><br>     v.<br><br>KOVACEVICH "5" FARMS, a partnership,<br><br>           Defendant. | Case No. 1:06-cv-00165 OWW TAG<br><br>**ORDER AMENDING SCHEDULING ORDER**<br><br>(Doc. 10) |

A follow-up Scheduling Conference having been held on August 17, 2006, the Scheduling Order (Doc. 10) is hereby AMENDED as follows:

1.     Intervenors are to file and serve their Complaint in Intervention by **August 18, 2006**.

2.     Intervenors are to provide their initial Fed. R. Civ. P. 26 disclosures no later than **September 18, 2006**.

3.     Any motion for a determination under Fed.R. Civ.P. 23(c)(1) whether the action is to be maintained as a class action, must be filed by **October 16, 2006**, and timely noticed before Senior United States District Judge Oliver W. Wanger.  See L.R. 23-205.

4.     Any further requests to modify the Scheduling Order should be directed to Judge Wanger for consideration.

IT IS SO ORDERED.

Dated:   **August 18, 2006**                                           /s/ Theresa A. Goldner
**j6eb3d**                                                                      UNITED STATES MAGISTRATE JUDGE