IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>            Plaintiff,<br><br>      vs.<br><br>KOVACEVICH "5" FARMS,<br><br>            Defendant. | No. CV-F-06-165 OWW/TAG<br><br>ORDER CONTINUING ORAL ARGUMENT RE PLAINTIFF/INTERVENORS MOTION FOR CLASS CERTIFICATION FROM NOVEMBER 20, 2006 TO DECEMBER 11, 2006 AT 10:00 A.M. AND DIRECTING PLAINTIFF/INTERVENORS TO FILE SUPPLEMENTAL REPLY BRIEF |

    Oral argument for plaintiff/intervenors' Motion for Class Certification is continued from November 20, 2006 to Monday, December 11, 2006 at 10:00 a.m. in Courtroom 3 because Plaintiff/Intervenors' reply brief failed to address the substantive merits of defendant's opposition to the motion for class certification on the basis of the temporal scope of the proposed classes.  Although Plaintiff/Intervenors assert that resolution of the temporal scope of the proposed classes is not

1

1 necessary to the resolution of the Motion for Class
2 Certification, no authority is cited.  The temporal scope of the
3 proposed classes is relevant to the "numerosity" requirement of
4 Rule 23, Federal Rules of Civil Procedure, and to the definition
5 of the classes sought to be certified.
6      Plaintiff/Intervenors are ordered to file a supplemental
7 reply brief addressing the merits of defendant's opposition to
8 the extent it challenges the temporal scope of the proposed
9 classes.  The supplemental reply brief shall be filed on or
10 before Monday, November 27, 2006.
11     IT IS SO ORDERED.

12 **Dated:   November 14, 2006**                   /s/ Oliver W. Wanger
   668554                                         UNITED STATES DISTRICT JUDGE

2