1  WILLIAM R. TAMAYO, #084965(CA)
   JONATHAN T. PECK, #12303 (VA)
2  EVANGELINA FIERRO HERNANDEZ, #168879 (CA)
   LINDA S. ORDONIO-DIXON, #172830
3  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, California 94105
5  Telephone: (415) 625-5622
   Facsimile : (415) 625-5657
6
   Attorneys for Plaintiff
7  Equal Employment Opportunity Commission

8  MARCOS CAMACHO, #123501
   Law Offices of MARCOS CAMACHO
9  P.O. Box 9009
   Bakersfield, CA  93389-9009
10 Telephone:  (661) 324-8100
   Facsimile:  (661) 324-8103
11
   Attorneys for Proposed Plaintiff -Intervenors
12
   ROBERT THOMAS OLMOS,  #54247
13 ALLRED MAROKO & GOLDBERG
   6300 Wilshire Blvd #1500
14 Los Angeles, CA 90048
   Telephone:  (323) 653-6530
15 Fascimile: (323) 653-1660

16 Attorneys for Plaintiff-Intervenors

17 RONALD H. BARSAMIAN, #381531
   MICHAEL C. SAQUI, #156928
18 PATRICK MOODY, #156928
   ANTHONY P. RAIMONDO, #200387
19 BARSAMIAN, SAQUI & MOODY
   A Professional Corporation
20 Attorneys at Law
   1141 West Shaw Avenue, Suite 104
21 Fresno, California 93711-3704
   Telephone: (559) 248-2360
22 Facsimile: (559) 248-2370

23 Attorneys for Defendant
   Kovacevich "5" Farms
24

25 //

26 //

27 //

28

**Joint Stipulation to Reset the Settlement Conference to February 7, 2007**
**Civil No. 1:06-cv- 00165 REC TAG (NEW DJ)**

1

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>     Plaintiff,<br><br>and<br><br>DELIA CASAS, MYRIAM CAZARES MIRIAM DELGADO, PATRICIA DELGADO, FLOR RIVERA and TERRI SALCIDO,<br><br>     Plaintiff-Intervenors,<br><br>vs.<br><br>KOVACEVICH "5" FARMS,<br><br>     A Partnership,<br><br>     Defendant. | CIVIL NO. 1:06-cv-00165 OWW TAG<br><br>JOINT STIPULATION TO CONTINUE SETTLEMENT DATE TO FEBRUARY 7, 2007;<br>ORDER THEREON |

Federal Rule of Civil Procedure 6(b)(1) allows the Court "for cause shown" and "in its discretion" to grant a request for an extension of time. The parties in this lawsuit jointly stipulated and requests that the Court vacate the Settlement Conference on December 6, 2006 at 10:00 AM and reset the Settlement Conference to February 7, 2007. The additional time will allow the parties to resolve a critical issue related to the scope of the class before the settlement conference. There are pending motions addressing this issue. Plaintiff EEOC's opposition to Defendant's motion is due on December 18, 2006 and a hearing is set for January 8, 2007.

The parties agree to continue the Settlement Conference in order to have more meaningful discussions regarding the resolution of this case.

This extension will not impact any other deadlines in this lawsuit.

//

//

**Joint Stipulation to Reset the Settlement Conference to February 7, 2007**
**Civil No. 1:06-cv- 00165 REC TAG (NEW DJ)**

2

1 | Dated: November 21, 2006       /s/ Evangelina F. Hernandez
2 |                                          EVANGELINA FIERRO HERNANDEZ
                                         Senior Trial Attorney
3 |                                          U.S. EEOC

5 | Dated: November 27, 2006       /s/ Ronald H. Barasamiam
6 |                                          RONALD H. BARSAMIAN
                                         Barsamian, Saqui & Moody

8 |
9 | Dated: November 29, 2006       /s/ Marcos Camacho
                                         MARCOS CAMACHO
10 |                                          Law Offices of Marcos Camacho

12 | Dated: November 29, 2006       /s/ Thomas Olmos
                                         THOMAS OLMOS
13 |                                          Allred, Maroko & Goldberg

15 | IT IS SO ORDERED.

16 | Dated: **November 30, 2006**       **/s/ Theresa A. Goldner**
      **j6eb3d**                               UNITED STATES MAGISTRATE JUDGE

**Joint Stipulation to Reset the Settlement Conference to February 7, 2007**
**Civil No. 1:06-cv-** 00165 REC TAG (NEW DJ)

3