1  WILLIAM R. TAMAYO, #084965(CA)
   JONATHAN T. PECK, #12303 (VA)
2  EVANGELINA FIERRO HERNANDEZ, #168879 (CA)
   LINDA S. ORDONIO-DIXON, #172830
3  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, California 94105
5  Telephone: (415) 625-5622
   Facsimile : (415) 625-5657
6
   Attorneys for Plaintiff
7  Equal Employment Opportunity Commission

8

9
                      **UNITED STATES DISTRICT COURT**
10                    **EASTERN DISTRICT OF CALIFORNIA**

11

12  EQUAL EMPLOYMENT OPPORTUNITY )
    COMMISSION,                  )        CIVIL NO. CV-06 00165 OWW TAG
13                               )
                                 )        JOINT STIPULATION TO VACATE
14              Plaintiff,        )       LITIGATION SCHEDULE AND RESET
                                 )        THEM TO A LATER DATE AND
15  and                          )        ORDER
                                 )
16  DELIA CASAS, MYRIAM CAZARES  )
    MIRIAM DELGADO, PATRICIA     )
17  DELGADO, FLOR RIVERA and     )
    TERRI SALCIDO,               )
18                               )
                                 )
19              Plaintiff-Intervenors, )
                                 )
20      vs.                      )
                                 )
21  KOVACEVICH "5" FARMS,        )
                                 )
22              A Partnership,   )
                                 )
23              Defendant.       )
    _____)

24

25      Federal Rule of Civil Procedure 6(b)(1) allows the Court "for cause shown" and "in its

26  discretion" to grant a request for an extension of time.  The parties in this lawsuit jointly

27  stipulated and request that the Court vacate the current litigation schedule and reset the dates to

28  those below stated times, approximately six months later due to the reasons outlined in the

**Joint Stipulation to Reset the Litigation Dates**
**Civil No.** CV-06 00165 REC TAG (NEW DJ)
                                    1

1  Declaration of Evangelina Fierro Hernandez.   The additional time will allow the parties to

2  continue to have meaningful discussions regarding the resolution of this case.  Listed below are

3  the current deadlines followed by the requested extended deadline.

4  Expert Disclosure: March 2, 2007 to October 5, 2007

5  Supplemental Expert Disclosure: April 6, 2007 to November 2, 2007

6  Discovery Deadline:  Non-Expert: April 6, 2007 to November 2, 2007;

7  Expert Discovery: June 15, 2007 to December 21, 2007

8  Non-Dispositive Motion Filing: June 29, 2007 to January 14, 2008;  Hearing: July 23, 2007 to

9  February 18, 2008

10  Dispositive Motion  Filing: August 17, 2007 to February 25, 2008;  Hearing: September 24, 2007

11  to March 31, 2008

12  Pretrial Conference: November 15, 2007 to May 5, 2008 at 11:00 a.m. in Courtroom 3.

13  Jury Trial: January 22, 2008 to June 17, 2008 at 9:00 a.m. in Courtroom 3.

14

15  Dated: February 22, 2007                          /s/ Evangelina F. Hernandez
                                                    EVANGELINA FIERRO HERNANDEZ
16                                                  Senior Trial Attorney
                                                    U.S. EEOC
17

18

19  Dated: February 22, 2007                          /s/ Ronald H. Barasamiam
                                                    RONALD H. BARSAMIAN
20                                                  Barsamian, Saqui & Moody

21

22
    Dated: February 22, 2007                          /s/ Marcos Camacho
23                                                  MARCOS CAMACHO
                                                    Law Offices of Marcos Camacho
24

25

26  Dated: February 22, 2007                          /s/ Thomas Olmos
                                                    THOMAS OLMOS
27                                                  Allred, Maroko & Goldberg

28

**Joint Stipulation to Reset the Litigation Dates**
**Civil No.** CV-06 00165 REC TAG (NEW DJ)

2

1

2

3

4

5

6

7

8                                                    IT IS SO ORDERED.

9    **Dated:     March 6, 2007**                  **/s/ Oliver W. Wanger**
     emm0d6                                    UNITED STATES DISTRICT JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Joint Stipulation to Reset the Litigation Dates**
**Civil No.** CV-06 00165 REC TAG (NEW DJ)