1  WILLIAM R. TAMAYO, #084965(CA)
   JONATHAN T. PECK, #12303 (VA)
2  EVANGELINA FIERRO HERNANDEZ, #168879 (CA)
   LINDA S. ORDONIO-DIXON, #172830
3  EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
   San Francisco District Office
4  350 The Embarcadero, Suite 500
   San Francisco, California 94105
5  Telephone: (415) 625-5622
   Facsimile : (415) 625-5657
6
   Attorneys for Plaintiff
7  Equal Employment Opportunity Commission

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | Case No. 1:06-cv-00165 OWW TAG |
| Plaintiff, | JOINT STIPULATION REQUESTING A SETTLEMENT CONFERENCE BE SET FOR FEBRUARY 11, 2007; ORDER THEREON |
| and | |
| DELIA CASAS, MYRIAM CAZARES MIRIAM DELGADO, PATRICIA DELGADO, FLOR RIVERA and TERRI SALCIDO, | |
| Plaintiff-Intervenors, | |
| vs. | |
| KOVACEVICH "5" FARMS, | |
| A Partnership, | |
| Defendant. | |

The undersigned counsel jointly submit this petition requesting the Court to set a settlement conference before the Honorable Theresa A. Goldner on February 11, 2008, in light of progress made towards settlement. The parties request that the settlement conference

**Joint Stipulation Requesting Settlement Conference**
**Civil No.** CV-06 00165 REC TAG (NEW DJ)

1

1 | commence at 10:00 am, and the location be 1200 Truxtun Avenue, Bakersfield.

Dated: December 4, 2007       /s/ Evangelina F. Hernandez
                              EVANGELINA FIERRO HERNANDEZ
                              Senior Trial Attorney
                              U.S. EEOC

Dated: December 4, 2007       /s/ Ronald H. Barasamiam
                              RONALD H. BARSAMIAN
                              Barsamian, Saqui & Moody

Dated: December 4, 2007       /s/ Marcos Camacho
                              MARCOS CAMACHO
                              Law Offices of Marcos Camacho

Dated: December 4, 2007       /s/ Thomas Olmos
                              THOMAS OLMOS
                              Allred, Maroko & Goldberg

## **ORDER**

The Court has read and considered the above stipulation, and makes the following order:

1. A further Settlement Conference is set in this matter for Monday, February 11, 2008 at 10:00 a.m. in Courtroom 8 of the Robert E. Coyle United States Courthouse, 2500 Tulare Street, Fresno, California; and

2. The parties are to submit Supplemental Settlement Conference Statements to Magistrate Judge Goldner no later than Wednesday, February 6, 2008, either by email to tagorders@caed.uscourts.gov or by hard copy to chambers at 1200 Truxtun Avenue, Suite 120, Bakersfield, California, 93301.

IT IS SO ORDERED.

Dated:  **December 28, 2007**            /s/ Theresa A. Goldner
                                         UNITED STATES MAGISTRATE JUDGE

**Joint Stipulation Requesting Settlement Conference**
**Civil No.** CV-06 00165 REC TAG (NEW DJ)

2