| | |
|---|---|
| 1 | WILLIAM R. TAMAYO, #084965(CA) |
|   | JONATHAN T. PECK, #12303 (VA) |
| 2 | EVANGELINA FIERRO HERNANDEZ, #168879 (CA) |
|   | LINDA S. ORDONIO-DIXON, #172830 |
| 3 | EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|   | San Francisco District Office |
| 4 | 350 The Embarcadero, Suite 500 |
|   | San Francisco, California 94105 |
| 5 | Telephone: (415) 625-5622 |
|   | Facsimile : (415) 625-5657 |

Attorneys for Plaintiff
Equal Employment Opportunity Commission

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY ) COMMISSION, ) | CIVIL NO. CV-06 00165 OWW TAG |
| ) | |
| ) | JOINT STIPULATION NOT TO |
| Plaintiff, ) | USE CLAIMANT FLOR RIVERA |
| ) | TO ESTABLISH LIABILITY |
| and ) | ORDER |
| ) | |
| DELIA CASAS, MYRIAM CAZARES ) | |
| MIRIAM DELGADO, PATRICIA ) | |
| DELGADO, FLOR RIVERA and ) | |
| TERRI SALCIDO, ) | |
| ) | |
| Plaintiff-Intervenors, ) | |
| ) | |
| vs. ) | |
| ) | |
| KOVACEVICH "5" FARMS, ) | |
| ) | |
| A Partnership, ) | |
| ) | |
| Defendant. ) | |

The parties in this lawsuit jointly stipulate and request that the Court order that Claimant Flor Rivera not be used as a witness to establish liability in Phase I of the proceedings in this case. Due to Ms. Rivera's unavailability she cannot be available to be deposed before the discovery cut-off. Nothing in this stipulation is to prevent Ms. Rivera from obtaining any relief

**Joint Stipulation Re Flor Rivera**
**Civil No.** CV-06 00165 REC TAG (NEW DJ)

1

1  she is entitled to in Phase II (damages) of the proceedings.

4  Dated: March 12, 2008  /s/ Evangelina F. Hernandez
EVANGELINA FIERRO HERNANDEZ
Senior Trial Attorney
U.S. EEOC

8  Dated: March 12, 2008  /s/ Ronald H. Barasamiam
RONALD H. BARSAMIAN
Barsamian, Saqui & Moody

11  Dated: March 12, 2008  /s/ Marcos Camacho
MARCOS CAMACHO
Law Offices of Marcos Camacho

15  Dated:March 12, 2008  /s/ Thomas Olmos
THOMAS OLMOS
Allred, Maroko & Goldberg

IT IS SO ORDERED.

**Dated:   March 13, 2008**  **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

**Joint Stipulation Re Flor Rivera**
**Civil No.** CV-06 00165 REC TAG (NEW DJ)

2