1   WILLIAM R. TAMAYO, #084965(CA)
    JONATHAN T. PECK, #12303 (VA)
2   EVANGELINA FIERRO HERNANDEZ, #168879 (CA)
    LINDA S. ORDONIO-DIXON, #172830
3   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    San Francisco District Office
4   350 The Embarcadero, Suite 500
    San Francisco, California 94105
5   Telephone: (415) 625-5622
    Facsimile : (415) 625-5657
6
    Attorneys for Plaintiff
7   Equal Employment Opportunity Commission

8

9                        UNITED STATES DISTRICT COURT
10                       EASTERN DISTRICT OF CALIFORNIA

11

12  EQUAL EMPLOYMENT OPPORTUNITY )
    COMMISSION,                  )           CIVIL NO. CV-06 00165 OWW TAG
13                               )
                                 )           JOINT STIPULATION TO VACATE
14                    Plaintiff, )           LITIGATION SCHEDULE AND RESET
                                 )           EXPERT DEADLINES TO LATER
15  and                          )           DATES AND [PROPOSED] ORDER
                                 )
16  DELIA CASAS, MYRIAM CAZARES  )
    MIRIAM DELGADO, PATRICIA     )
17  DELGADO, FLOR RIVERA and     )
    TERRI SALCIDO,               )
18                               )
                                 )
19            Plaintiff-Intervenors, )
                                 )
20        vs.                    )
                                 )
21  KOVACEVICH "5" FARMS,        )
                                 )
22              A Partnership,   )
                                 )
23              Defendant.       )
    ─────────────────────────────)
24

25      Federal Rule of Civil Procedure 6(b)(1) allows the Court "for cause shown" and "in its

26  discretion" to grant a request for an extension of time.  The parties in this lawsuit jointly stipulate

27  and request that the Court vacate the current litigation schedule and reset the dates to the times

28  stated below, approximately six months later due to the reasons outlined in the supporting

Declaration of Evangelina Fierro Hernandez.   The additional time will allow the parties to continue to have meaningful discussions regarding the resolution of this case.  Listed below are the current deadlines followed by the requested extended deadline.

Expert Disclosure: March 14, 2008 to April 8, 2008

Supplemental Expert Disclosure: April 15, 2008 to May 5, 2008

Expert Discovery:  April 21, 2008 to May 15, 2008


Dated: March 13, 2008                    /s/ Evangelina F. Hernandez
EVANGELINA FIERRO HERNANDEZ
Senior Trial Attorney
U.S. EEOC


Dated: March 13, 2008                    /s/ Ronald H. Barasamiam
RONALD H. BARSAMIAN
Barsamian, Saqui & Moody


Dated: March 13, 2008                    /s/ Marcos Camacho
MARCOS CAMACHO
Law Offices of Marcos Camacho


Dated: March 13, 2008                    /s/ Thomas Olmos
THOMAS OLMOS
Allred, Maroko & Goldberg


                                         IT IS SO ORDERED.

**Dated:   March 14, 2008**              **/s/ Oliver W. Wanger**
UNITED STATES DISTRICT JUDGE

**Joint Stipulation to Reset the Litigation Dates**
**Civil No.** CV-06 00165 REC TAG (NEW DJ)