```
WILLIAM R. TAMAYO, #084965(CA)
JONATHAN T. PECK, #12303 (VA)
EVANGELINA FIERRO HERNANDEZ, #168879 (CA)
LINDA S. ORDONIO-DIXON, #172830
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone: (415) 625-5622
Facsimile : (415) 625-5657

Attorneys for Plaintiff
Equal Employment Opportunity Commission
```

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>and<br><br>DELIA CASAS, MYRIAM CAZARES MIRIAM DELGADO, PATRICIA DELGADO, FLOR RIVERA and TERRI SALCIDO,<br><br>　　　　　　Plaintiff-Intervenors,<br><br>　　vs.<br><br>KOVACEVICH "5" FARMS,<br><br>　　　　　　A Partnership,<br><br>　　　　　　Defendant. | CIVIL NO. CV-06 00165 OWW TAG<br><br>JOINT STIPULATION TO VACATE THE SUMMARY JUDGMENT HEARING AND PRETRIAL AND RESET THEM TO LATER DATES AND ORDER |

Federal Rule of Civil Procedure 6(b)(1) allows the Court "for cause shown" and "in its discretion" to grant a request for an extension of time. The parties in this lawsuit jointly stipulated and request that the Court vacate the date to hear Defendant's Motion for Summary Judgment on September 15, 2008 and reset the hearing to October 22, 2008, approximately one

**Joint Stipulation to Reset the Summary Judgment Hearing and Pretrial Date**
**Civil No.** CV-06 00165 REC TAG (NEW DJ)

1

1  month later and that request that the Court vacate the date for the Pretrial currently set for
2  October 20, 2008 and reset the hearing to November 3, 2008, approximately two weeks later.
3  The request for the rescheduling are due to the reasons outlined in the Declaration of Evangelina
4  Fierro Hernandez.   The additional time will allow the parties to continue and finalize the
5  resolution of this case.

Dated: August 15, 2008          /s/ Evangelina F. Hernandez
                                EVANGELINA FIERRO HERNANDEZ
                                Senior Trial Attorney
                                U.S. EEOC


Dated: August 15, 2008          /s/ Ronald H. Barasamiam
                                RONALD H. BARSAMIAN
                                Barsamian, Saqui & Moody


Dated: August 15, 2008          /s/ Marcos Camacho
                                MARCOS CAMACHO
                                Law Offices of Marcos Camacho


Dated: August 15, 2008          /s/ Thomas Olmos
                                THOMAS OLMOS
                                Allred, Maroko & Goldberg


                                IT IS SO ORDERED.

**Dated:   August 19, 2008**          **/s/ Oliver W. Wanger**
                                UNITED STATES DISTRICT JUDGE

**Joint Stipulation to Reset the Summary Judgment Hearing and Pretrial Date**
**Civil No.** CV-06 00165 REC TAG (NEW DJ)

2