1   WILLIAM R. TAMAYO, #084965(CA)
    JONATHAN T. PECK, #12303 (VA)
2   EVANGELINA FIERRO HERNANDEZ, #168879 (CA)
    LINDA S. ORDONIO-DIXON, #172830
3   EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
    San Francisco District Office
4   350 The Embarcadero, Suite 500
    San Francisco, California 94105
5   Telephone: (415) 625-5622
    Facsimile : (415) 625-5657
6
7   Attorneys for Plaintiff
    Equal Employment Opportunity Commission

8

9                    UNITED STATES DISTRICT COURT
10                   EASTERN DISTRICT OF CALIFORNIA

11

12  EQUAL EMPLOYMENT OPPORTUNITY )
    COMMISSION,                  )          CIVIL NO. CV-06 00165 OWW TAG
13                               )
                                 )          JOINT STIPULATION TO VACATE
14              Plaintiff,        )          THE HEARING FOR DEFENDANT"S
                                 )          MOTION FOR SUMMARY JUDGMENT
15  and                          )          AND RESET IT FOR 30 DAYS
                                 )          AND  ORDER
16  DELIA CASAS, MYRIAM CAZARES  )
    MIRIAM DELGADO, PATRICIA     )
17  DELGADO, FLOR RIVERA and     )
    TERRI SALCIDO,               )
18                               )
19              Plaintiff-Intervenors, )
                                 )
20      vs.                      )
                                 )
21  KOVACEVICH "5" FARMS,        )
                                 )
22          A Partnership,       )
                                 )
23          Defendant.           )
    _____)
24

25      Federal Rule of Civil Procedure 6(b)(1) allows the Court "for cause shown" and "in its

26  discretion" to vacate the hearing for the Defendant's pending motion for summary judgment

27  scheduled to be heard on October 20, 2008 and reset it November 24, 2008.

28      The parties in this lawsuit jointly stipulate and request that the Court vacate the hearing

scheduled for the pending summary judgment motion filed by Defendant and reset for November 24, 2008.

At a settlement conference conducted on September 22, 1998, the above mentioned case settled subject to approval of District Judge Wanger. Vacating the hearing scheduled for the pending motion for summary judgment and resetting it for November 24, 2008  will improve judicial economy and allow the parties to finalize the resolution of this case.


Dated: October 15, 2008                         /s/ Evangelina F. Hernandez
                                                EVANGELINA FIERRO HERNANDEZ
                                                Senior Trial Attorney
                                                U.S. EEOC



Dated: October 15, 2008                         /s/ Ronald H. Barasamiam
                                                RONALD H. BARSAMIAN
                                                Barsamian, Saqui & Moody




Dated: October 15, 2008                         /s/ Marcos Camacho
                                                MARCOS CAMACHO
                                                Law Offices of Marcos Camacho



Dated: October 15, 2008                         /s/ Thomas Olmos
                                                THOMAS OLMOS
                                                Allred, Maroko & Goldberg




IT IS SO ORDERED.

**Dated:   October 16, 2008**                        **/s/ Oliver W. Wanger**
                                                UNITED STATES DISTRICT JUDGE