WILLIAM R. TAMAYO, #084965(CA)
JONATHAN T. PECK, #12303 (VA)
EVANGELINA FIERRO HERNANDEZ, #168879 (CA)
LINDA S. ORDONIO-DIXON, #172830
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, California 94105
Telephone: (415) 625-5622
Facsimile : (415) 625-5657

Attorneys for Plaintiff
Equal Employment Opportunity Commission

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　Plaintiff,<br><br>and<br><br>DELIA CASAS, MYRIAM CAZARES MIRIAM DELGADO, PATRICIA DELGADO, FLOR RIVERA and TERRI SALCIDO,<br><br>　　　　　　Plaintiff-Intervenors,<br><br>　　vs.<br><br>KOVACEVICH "5" FARMS,<br><br>　　　　　　A Partnership,<br><br>　　　　　　Defendant. | CIVIL NO. CV-06 00165 OWW TAG<br><br>MOTION TO EXTEND THE TIME TO FILE SETTLEMENT DOCUMENTS AND RESET IT TO NOVEMBER 18, 2008 AND ORDER |

　　　　Federal Rule of Civil Procedure 6(b)(1) allows the Court "for cause shown" and "in its discretion" to extend the time for the parties to file the settlement documents from November 14, 2008 to November 18, 2008.

　　　　The parties in this lawsuit have settled the matter. The parties are awaiting approval from

1  the Office of General Counsel of the Equal Employment Opportunity Commission ("EEOC") in
2  Washington.D.C (OGC).  The final draft of the Proposed Consent Decree (which the parties
3  agreed to on November 14, 2008) was mailed electronically to the EEOC in Washington D.C. on
4  November 14, 2008.  The EEOC anticipates that it will receive approval from OGC no later than
5  November 18, 2008.
6       At a settlement conference conducted on September 22, 1998, the above mentioned case
7  settled in principle subject to approval of OGC and finally District Judge Wanger.   Extending
8  the time for the parties to file the settlement documents from November 14, 2008 to November
9  18, 2008, will improve judicial economy and allow the parties to finalize the resolution of this
10  case.
11       The EEOC does not believe this motion will be opposed by any of the parties.

13  Dated: November 14, 2008                /s/ Evangelina F. Hernandez
                                            EVANGELINA FIERRO HERNANDEZ
14                                          Senior Trial Attorney
                                            U.S. EEOC

18  IT IS SO ORDERED.
19  **Dated:   November 17, 2008**              /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

**Motion to Extend**
**Civil No.** CV-06 00165 REC TAG (NEW DJ)
                                    2